**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tohono O'odham Nation,<br>Plaintiff,<br>v.<br>SLS Federal Services LLC,<br>Defendant. | No. CV-26-00574-TUC-SHR<br>**ORDER** |

Pending before the Court are Defendant's Unopposed Motion to Enlarge Page Limitation on Opposition to Motion for Preliminary Injunction (Doc. 12) and Consent Motion to Stay Defendant's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint (Doc. 13). Good cause appearing,

**IT IS ORDERED** Defendant's Motion to Enlarge Page Limitation (Doc. 12) is **GRANTED**. Defendant may file a Motion and Memorandum of Law in Opposition to Preliminary Injunction up to and including twenty-seven (27) pages in length.

**IT IS FURTHER ORDERED** Defendant's Consent Motion to Stay (Doc. 13) is **GRANTED**. Defendant's deadline to respond to Plaintiff's Complaint will be set following resolution of Plaintiff's Motion for Preliminary Injunction (Doc. 8).

Dated this 19th day of November, 2026.

Honorable Scott H. Rash
United States District Judge